

# THE ATTORNEY GENERAL.

## OF TEXAS

Gerald C. Mann

AUSTIN 11, TEXAS

~~XXXXXXXXXXXXXXXXX~~

ATTORNEY GENERAL.

Game, Fish and Oyster Commission
Austin, Texas

Attention:  Mr. H. D. Dodgen

Dear Sir:

Opinion No. O-5372
Re:  May any person legal-
ly use a net or seine for
the purpose of taking mul-
let within a distance of
less than one mile from a
pass leading from the in-
land bays or tide waters
of this State to the Gulf
of Mexico other than a
cast net used in taking
bait, provided such person
holds a permit issued to
him by the requisite au-
thorities of the Game, Fish
and Oyster Commission au-
thorizing him to do so?
And other related questions.

We have received your letter of recent date requesting
our opinion upon the above stated question and other related
matters.  Your letter reads as follows:

"Because of present demands for increase in
food production, an added number of requests are
being made for permits to be issued under the terms
of House Bill 820, Acts of the Regular Session,
Forty-seventh Legislature.  The concern of the Game,
Fish and Oyster Commission regards the issuance of
such permits authorizing the taking of mullet from
certain of the tidal waters of this State where the
use of nets and seines is otherwise prohibited by
law.  Competent authorities of the Game, Fish and
Oyster Commission have classified mullet as a non-
game fish in accordance with the provisions of the
above mentioned H. B. 820.

"This Department respectfully requests your
opinion on the following questions;

"1.  May any person legally use a net or seine
for the purpose of taking mullet within a distance
of less than one mile from a pass leading from the
inland bays or tide waters of this State to the Gulf

of Mexico other than a cast net used in taking bait, provided such person holds a permit issued to him by the requisite authorities of the Game, Fish and Oyster Commission authorizing him to do so?

"2. May any person legally use a net or seine for the purpose of taking mullet or other non-game fish from any of the tidal waters of this State not mentioned in Article 941, 1925 P.C. as amended?

"3. May a permit be legally issued by the Game, Fish and Oyster Commission to any person or persons authorizing the taking of mullet or other non-game fish by use of nets or seines from any of the tidal waters of this State in which a trammel net, set net, or gill net is now prohibited by law? May the holder of such permit legally proceed, when holding such permit, to operate in such restricted areas by taking mullet and/or other non-game fish by use of nets and seines?

"4. May the Game, Fish and Oyster Commission issue permits for the use of nets and seines having smaller mesh or of greater length than is otherwise permitted by law?"

House Bill 820, referred to in your letter, is the same as Article 952L-11, Vernon's Annotated Penal Code. We are primarily interested in Section 3 thereof, part of which provides as follows:

". . .

"In order to control such nongame marine species and to permit their utilization and when it has been found that the taking of such nongame species will not adversely affect the conservation of game species, it shall be the duty of the Game, Fish and Oyster Commission to issue permits for the use of any net or device for the taking of such nongame species under the terms, conditions, and stipulations herein provided.

". . .

"(b) It shall be unlawful for the holder of a permit issued hereunder to operate any net or device that is not now legal in any of the tidal waters of this state in which a trammel net, set net, or gill

net is now prohibited by law. And it shall
be unlawful to operate a device permitted under
the terms of this Act until such device has been
inspected, approved, and tagged, and while in op-
eration bears a metal tag identifying said device,
issued by said Commission.

"(c) It shall be unlawful to use a device
otherwise prohibited by the laws of this State but
permitted under the terms of this Act for the tak-
ing and possession of any game fish or any other
species of salt-water fish, excepting those spec-
ifically named in the permit authorizing the use of
said device; or to operate or permit the operation
of such a device in a manner that will or does
needlessly or carelessly injure marine products
other than those permitted to be taken in the es-
pecially authorized net. . . ."

We quote as follows from 41 Words and Phrases 624, as
to the waters which come within the category of "tidal waters:"

"Tide waters are waters, whether salt or
fresh, wherever the ebb and flow of the tide of
the sea is felt. Commonwealth v. Vincent, 108
Mass. 441, 447."

Article 941, Vernon's Annotated Penal Code, makes it
an offense for any person to place, set, use or drag <u>any seine,
net or other device for catching fish</u> and shrimp other than or-
dinary pole and line, casting rod and reel, artificial bait,
trot line, set line, or cast net or minnow seine of not more than
twenty feet in length for catching bait within certain tidal wat-
ers therein named, including waters within one mile of any pass,
stream or canal leading from one body of Texas or coastal waters
into another body of such waters, providing that nothing in this
article shall prevent the use of a spear or gig and light for
the purpose of taking flounders.

Section 1a of Article 941, supra, and 945, Vernon's Ann.
Penal Code, read respectively as follows:

"Provided that it shall be unlawful for any
person to drag any seine, or use any drag seine, or
shrimp trawl for catching fish or shrimp, or to take
or catch fish or shrimp with any device other than
with the ordinary pole and line, casting rod, rod
and reel, artificial bait, trot line, set line, or
cast net, or minnow seine of not more than twenty

feet in length for catching bait, or to use a set
net, trammel net or strike net, the meshes of which
shall not be less than one and one-half inches from
knot to knot, in any of the tidal bays, streams,
bayous, lakes, lagoons, or inlets, or parts of such
tidal waters of this State not mentioned in Section
1 hereof."

"The mesh of all seines and nets used for tak-
ing fish in salt waters of this State, not including
the bag, shall not be less than one and one-half
inch square mesh. The mesh of the bags and for fif-
ty feet on each side of the bags, shall not be larger
than a one inch square mesh. No seine or net of any
kind of over two thousand feet shall be dragged or
pulled in the salt water of this State, and any per-
son dragging such seine, or dragging two or more
seines which are connected or tied together with a
combined length of more than two thousand feet, shall
be upon first conviction thereof fined not less than
twenty nor more than one hundred dollars; upon second
conviction thereof shall be fined not less than fifty
nor more than two hundred dollars, and shall have his
license revoked for a period not less than thirty nor
more than ninety days; and upon third conviction there-
of shall be confined in jail for not less than thirty
nor more than ninety days, and shall have his license
revoked for a period of not less than one year."

Article 947 of the Penal Code makes it an offense to
catch fish or attempt to catch fish in any of the bays or navi-
gable streams of the State, within the limits or within one mile
of the limits of any city or town in this State with seines,
set nets, trammel nets, or by any of the other described methods
therein named.

Article 952L-10, Vernon's Ann. Penal Code, also makes
it a penal offense to use strike nets, gill nets, trammel nets,
or shrimp trawls as defined by the statutes for the taking of
fish and shrimp from certain named and defined waters during the
period beginning August 15 and ending May 15 of each year. Said
article makes it unlawful for any person to use in said waters
during the closed season any strike net, gill net, trammel net
or shrimp trawl contrary to provisions of article 941, supra.

Section 2 of said article provides:

"It shall be unlawful to have in possession any
seine, strike net, gill net, trammel net, or shrimp

trawl in or on any of the tidal waters of this State
where the use of said seine, strike net, gill net,
trammel net, or shrimp trawl is prohibited from be-
ing used in taking or catching fish and/or shrimp,
unless such seine, strike net, gill net, trammel
net, or shrimp trawl is on board a vessel when such
vessel is at port or in a channel while en route to
or from the Gulf of Mexico."

There may be other statutes specifically inhibiting
the use of seines or any or all of the types of nets above
mentioned in certain tidal waters for the purpose of taking or
attempting to take fish. We have mentioned articles 941, 947
and 952L-10 for the purpose of showing the established policy
of the State to inhibit the use of trammel nets, set nets, and
gill nets, those types of nets specifically mentioned in sub-
section (b) of section 3 of House Bill 820, and seines in cer-
tain tidal waters of this State, for the purpose of taking or
attempting to take from said waters fish of any and all kinds,
whether game or nongame. Therefore, the Legislature not only
made the use of such nets in certain tidal waters a penal of-
fense, but to make the purpose of the statutes more effective,
made the possession of any seine, strike net, gill net or tram-
mel net in any of the tidal waters of this State, where the
use of seines or said nets is prohibited, a penal offense, un-
less the seine or nets is on board a vessel when such vessel is
in port or in a channel while en route to or from the Gulf of
Mexico. (Art. 952L-10, Sec. 2)

It is perfectly clear in our minds that the Legisla-
ture did not attempt to change the established policy of the
State, above set forth, by the passage of House Bill No. 820,
but to the contrary took every precaution therein to preserve
that policy, as evidenced by the plain provisions of subsection
(b) and (c) of section 3 thereof, quoted above.

The purpose of this statute is to permit the taking
of nongame fish from the tidal waters of this State by means
and methods not theretofore permissible under the law. For in-
stance, it is a matter of common knowledge that some nongame
fish are too small to be taken by seines and nets with meshes
as large as the minimum size prescribed by section 1a of Article
941, supra, hence the law contemplates the Commission may grant
a permit for use of a seine or net with a smaller mesh or great-
er length than those which may be used for taking game fish.
However, the waters in which such seines or nets may be legally
used are limited by section (b) to those tidal waters where it
is lawful to use a trammel net, set net, or gill net. There-
fore, such seines and nets as may be approved by the Commission

for taking nongame fish may not be lawfully used in any of the waters named or defined by Articles 941, 947, 952-10, or in any other waters not embraced in such articles, if there be such, where the use of such nets are inhibited by statute or by theCommission under authority of law.  It is evident that the Commission has no authority to grant a permit for the use of a net or other device for taking nongame fish in waters where the use of same by the permittee is made unlawful.

We trust the foregoing satisfactorily answers all your questions.

Very truly yours,

ATTORNEY GENERAL OF TEXAS

By /s/ Fred C. Chandler
Fred C. Chandler, Assistant

By /s/ Robert O. Koch
Robert O. Koch

APPROVED JUL 9, 1943
/s/ Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

APPROVED: OPINION COMMITTEE
BY:      BWB, CHAIRMAN

ROK:ff:wb